UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS - 6

| Case No. | CV 14-3994-FMO (Shx) | Date | May 4, 2015 |
|---|---|---|---|
| Title | Nelson Levine de Luca & Hamilton LLC v. Lewis Brisbois Bisgaard & Smith LLP | | |

| Present: The Honorable | FERNANDO M. OLGUIN, UNITED STATES DISTRICT JUDGE |
|---|---|

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement [63], filed May 4, 2015, indicating that the case has settled in its entirety, this action is placed on inactive status.

By June 4, 2015, the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Final Pretrial Conference set on July 31, 2015, and the Jury Trial set on August 18, 2015 are hereby vacated.

**IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | cw |